UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABA BAPTISTE-ALKEBUL-LAN,

    Plaintiff,

v.                                                  Case No: 8:21-cv-1751-CEH-JSS

COMPUTER MENTORS GROUP,
INC.,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on October 7, 2021 (Doc. 6). In the Report and Recommendation, Magistrate Judge Sneed recommends that: (1) Plaintiff's construed Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) be denied without prejudice; and (2) Plaintiff's Amended Complaint (Dkt. 5) be dismissed without prejudice and with leave to file an amended pleading, within twenty (20) days, that complies with the Federal Rules of Civil Procedure.

Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's construed Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) is DENIED without prejudice.

(3) Plaintiff's Amended Complaint (Dkt. 5) is DISMISSED without prejudice and with leave to file an amended pleading that complies with the Federal Rules of Civil Procedure.

(4) Plaintiff is granted leave to file an amended complaint within twenty (20) days of the date of this Order. Failure to file an amended complaint within the time provided will result in this action being dismissed without further notice from the Court.

**DONE AND ORDERED** at Tampa, Florida on October 25, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record