UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SABA BAPTISTE-ALKEBUL-LAN,

    Plaintiff,

v.                                            Case No: 8:21-cv-1751-CEH-AEP

COMPUTER MENTORS GROUP,
INC.,

    Defendant.
_____/

# ORDER

    This matter comes before the Court on the Plaintiff's "Motion to Reinstate The 'Amend' Complaint (Doc. 76) and All Included Based on Reset of Civil Case and Assignment of New Magistrate/Settlement Recognizes Covid-19" (Doc. 163), filed on October 10, 2023, which the Court construes as a motion to amend the Third Amended Complaint. In the motion, Plaintiff requests an Order to "bring forward" the amended complaint. Defendant opposes the motion. Doc. 164. The Court, having considered the motion and being fully advised in the premises, will deny Plaintiff's motion.

## DISCUSSION

    In this employment discrimination case, Plaintiff, who is proceeding *pro se,* moves for an order reinstating her "Amend" Complaint (Doc. 76). As Defendant's response points out, Plaintiff's request to amend her complaint would be her fifth amendment. The Amended Case Management and Scheduling Order set a June 30,

2023, deadline for amendments to pleadings.[1] Doc. 149 at 1. Although Rule 15(a) provides that leave to amend shall be freely given when justice requires, Plaintiff has already had multiple opportunities to amend her Complaint, and the time for further amendment has long passed. Because Plaintiff fails to demonstrate good cause for not moving to amend before expiration of the deadline and for the reasons stated in Defendant's response, the motion to amend is due to be denied. Accordingly, it is

**ORDERED**:

1. Plaintiff's Motion to Reinstate the Amended Complaint (Doc. 163) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida on December 7, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties

---

[1] This deadline was originally July 8, 2022, (Doc. 83) but all deadlines were extended when the Amended CMSO was issued in March 2023.